UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN HUGHES,

    Plaintiff,

  v.                                    Case No. 04-cv-903-JPG

TOM MAUE, et al.,

    Defendants.

## ORDER

**GILBERT, District Judge:**

    Before this Court is Magistrate Judge Frazier's Report and Recommendation ("R&R") recommending that the Court deny plaintiff's motion for default judgment and deny defendant Ahmed's motion to dismiss (Doc. 99).

    Pursuant to 28 U.S.C. § 636(b) and Local Rule 73.1(b), any party who wishes to object to an R&R must serve and file the objections in writing within ten days of service. This R&R was filed on August 21, 2007. Accordingly, objections were due, at the latest, by September 5, 2007. *See* Fed. R. Civ. P. 6(a) & (e); *Lerro v. Quaker Oats Co.*, 84 F.3d 239, 241 (7th Cir. 1996) (holding that rule providing three extra days to file objections when R&R's are served by mail is applied after rule excluding Saturdays, Sundays and legal holidays from computation of days to respond when period of time allowed is less than 11 days).

    There is no indication that either party has filed any timely objections to Magistrate Judge Frazier's recommendation. Therefore, the standard of review is one of clear error. *See Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). Upon careful review of the record, there is nothing to suggest that Magistrate Judge Frazier committed clear error.

    Therefore, this Court **ADOPTS** Magistrate Judge Frazier's recommendation in its

entirety (Doc. 99).  The Court **DENIES** Plaintiff's motion for default judgment, and **DENIES** Defendant Ahmed's motion to dismiss.

**IT IS SO ORDERED.**

**DATED: October 3, 2007.**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**U.S. District Judge**
