UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEVEN HUGHES,<br><br>    Plaintiff,<br><br>    v.<br><br>TOM MAUE, JOE HARPER, PAM GRUBMAN, ED MARTIN, DR. BAIG, DR. FAISA AHMED, and DOCTOR VALLABHANENI,<br><br>    Defendants. | Case No. 04-cv-903-JPG |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on a Report and Recommendation (R&R) of Magistrate Judge Frazier (Doc. 124). Judge Frazier recommends that the Court grant in part the Motion for Summary Judgment filed by Defendants Maue, Harper, Grubman, and Martin (Doc. 63) and deny the cross Motion for Summary Judgment filed by Plaintiff Hughes (Doc. 70). Judge Frazier also recommends that the Court grant the unopposed Motion to Dismiss filed by Defendants Ahmed, Baig, and Vallabhaneni (Doc. 114) and deny as moot the Motion for Summary Judgment filed by Ahmed, Baig and Vallabhaneni (Doc. 110). No parties have objected to the R&R. The time for filing objections has now passed.

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R&R  The Court has reviewed the entire file and finds that the R&R is not clearly erroneous.  Accordingly, the Court hereby **ADOPTS** the R&R in its entirety (Doc. 124).  The Court **DENIES** Plaintiff's Motion for Summary Judgment (Doc. 70) and **GRANTS in part and DENIES in part** Defendants's Motion for Summary Judgment (Doc. 63).  Plaintiff's Eighth Amendment Claims against Defendants Maue, Harper, Grubman and Martin are **DISMISSED** without prejudice for failure to exhaust administrative remedies.

The Court **GRANTS** the Motion to Dismiss (Doc. 114) filed by Defendants Ahmed, Baig, and Vallabhaneni.  The Court **DENIES as moot** the Motion for Summary Judgment filed by those Defendants (Doc. 110).  The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: April 8, 2008**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**