UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

STEVEN HUGHES,

    Plaintiff,

v.

TOM MAUE, JOE HARPER, PAM GRUBMAN, ED MARTIN, DR. BAIG, DR. FAISA AHMED, and DOCTOR VALLABHANENI,

    Defendants.

Case No. 04-cv-903-JPG

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Dr. Faisa Ahmed, Dr. Baig and Doctor Vallabhaneni, and against plaintiff Steven Hughes on all claims and that those claims are **dismissed with prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, the Plaintiff having failed to exhaust his administrative remedies, all claims against Defendants Tom Maue, Joe Harper, Pam Grubman, and Ed Martin are dismissed without prejudice and that this case is **dismissed without prejudice**.

**DATED:** April 8, 2008.                         **NORBERT G. JAWORSKI, CLERK**

                                                          **By:s/Deborah Agans, Deputy Clerk**

**APPROVED:** s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **U.S. District Judge**